

## OFFICE OF CITY ATTORNEY
### CHARLES D. BODDY, JR.

DANIEL A. COCUZZO  
ASSISTANT CITY ATTORNEY

RAQUEL D. RUANO  
ASSISTANT CITY ATTORNEY

September 5, 2014

Attorney Marsha Kazarosian  
Kazarosian Law Offices  
546 Main Street  
Haverhill, MA 01830-3295

RE: <u>LaPierre v. City of Lawrence et al.</u>, US District Docket #11-12039-RWZ

Dear Attorney Kazarosian,

Pursuant to Fed.R.Civ. P. 68, the City of Lawrence makes the following offer of judgment: judgment against the City of Lawrence and dismissal of all claims against any other Defendant in exchange for $300,000 payable over three (3) years. The terms of the offer of judgment are payments spread out over three (3) years as follows: $100,000.00 payable upon the acceptance of the offer by the Plaintiff, $100,000.00 thirty (30) days after the FY 2016 budget has been approved, and $100,000.00 thirty (30) days after the FY 2017 budget has been approved. If your client is willing to accept this offer, please let me know within fourteen (14) days.

If you have any questions, please do not hesitate to contact me. Thank you in advance for your time and consideration.

Respectfully submitted,

Raquel D. Ruano  
Office of the City Attorney  
200 Common Street, Suite 306  
Lawrence, MA 01840  
(978) 620-3034  
RRuano@cityoflawrence.com