# KAZAROSIAN COSTELLO & O'DONNELL LLP

546 Main Street
Haverhill, Massachusetts 01830-3295

MARSHA V. KAZAROSIAN
WALTER A. COSTELLO, JR.
KATHLEEN M. O'DONNELL
JANET E. DUTCHER
LINDA M. LITTLE
MARC A. MOCCIA
MATTHEW P. MOCCIA
GERALD D. PEAKE

TEL: (978) 372-7758
www.kcolaw.com

LAWYERS ADMITTED IN:
MASSACHUSETTS
NEW HAMPSHIRE
CALIFORNIA
FEDERAL COURTS

OFFICE MANAGER:
LINDA MORRISSEY

September 9, 2014

Raquel D. Ruano, Esquire
Office of the City Attorney
200 Common Street
3rd Floor, Room 306
Lawrence, MA 01840

RE: LaPierre v. City of Lawrence, et al.

Dear Attorney Ruano:

As per our telephone conversation and my email to you today, September 9, 2014, please be advised that my client, CoeurdAlene LaPierre, has authorized me to accept your September 5, 2014, Fed. R. Civ. P. 68 Offer of Judgment.

Please be advised that I intend to file your Rule 68 Offer and our acceptance with the Court, as well as our Motion for Attorney's Fees and Costs.

Thank you for your attention to this matter.

Very truly yours,

KAZAROSIAN COSTELLO & O'DONNELL LLP

Marsha V. Kazarosian, Esquire

MVK:mm/sc

cc: CoeurdAlene LaPierre