UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12039-RWZ

COEURDALENE LAPIERRE,
    Plaintiff

v.

CITY OF LAWRENCE,
CHIEF JOHN ROMERO, and
KEVIN SLEDGE,
    Defendants

**CERTIFICATE OF SERVICE OF RULE 68 OFFER OF JUDGMENT AND ACCEPTANCE THEREOF**

    I hereby certify that these documents set forth above filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

    /s/ *Marsha V. Kazarosian*
    Marsha V. Kazarosian, Esquire

- 1 -