EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12039-RWZ

COEURDALENE LAPIERRE,
Plaintiff

v.

CITY OF LAWRENCE, CHIEF JOHN ROMERO, and KEVIN SLEDGE,
Defendants

## AFFIDAVIT OF COUNSEL

I, Raquel D. Ruano, hereby do state:

1. I am counsel of record for Defendant City of Lawrence.

2. All exhibits are true and accurate copies of emails and letters exchanged between the parties in this case.

Signed under the pains and penalties of perjury on this 11th day of September, 2014.

/s/ Raquel D. Ruano