# EXHIBIT B



## OFFICE OF CITY ATTORNEY
### Charles D. Boddy, Jr.

**Daniel A. Cocuzzo**
Assistant City Attorney

**Raquel D. Ruano**
Assistant City Attorney

August 11, 2014

Attorney Marsha Kazarosian
Kazarosian Law Offices
546 Main Street
Haverhill, MA 01830-3295

    RE: <u>LaPierre v. City of Lawrence et al.</u>, US District Docket #11-12039-RWZ

Dear Attorney Kazarosian,

    Pursuant to our phone conversation today, the City is willing to settle all claims your client has against the Defendants for $200,000.00. As stated in our conversation, this amount is only offered so long as it is spread out over two (2) years: $100,000.00 payable upon the execution of a release by the Plaintiff and $100,000.00 once the FY 2016 budget has been approved. If your client is willing to accept these terms, please let me know and I will begin the process of drafting a release.

    If you have any questions, please do not hesitate to contact me. Thank you in advance for your time and consideration.

                                                      Respectfully submitted,

                                                      Raquel D. Ruano
                                                      Office of the City Attorney
                                                      200 Common Street, Suite 306
                                                      Lawrence, MA 01840
                                                      (978) 620-3034
                                                      RRuano@cityoflawrence.com

# Raquel Ruano

| | |
|---|---|
| **From:** | Raquel Ruano |
| **Sent:** | Wednesday, August 13, 2014 8:58 AM |
| **To:** | Marsha Kazarosian (Marsha@kcolaw.com) |
| **Cc:** | 'kazrball@aol.com' |
| **Subject:** | FW: Mediation Information |
| **Attachments:** | CL PA Settlement.pdf |

Attached is the settlement letter that went out yesterday. You should be receiving it soon. Below is the email I received from your office prior to the mediation in April in response to a phone call I made to Atty Dutcher re: figures on settlement, nad breakdown of attorney's fees and medical bills. The medical figures came in on a separate email, which I can forward to you should you need that as well. However, as you can see below the demand is $500,000 with no mention of negotiating attorney's fees or even medical bills separately. Obviously there was some misunderstanding, nevertheless you now have a new offer from the Defendants.

Let me know if there is anything else you should need from me and I look forward to hearing from you.

-Raquel


Raquel D. Ruano
Assistant City Attorney
City of Lawrence
City Hall – Room 306
200 Common Street
Lawrence, MA 01840
(978) 620-3034 – Direct line
(978) 722-9150 – Fax

This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.


**From:** Marc Moccia [mailto:marc@kcolaw.com]
**Sent:** Tuesday, February 18, 2014 10:39 AM
**To:** Raquel Ruano
**Cc:** Janet Dutcher; Marsha Kazarosian
**Subject:** Mediation Information

Attorney Ruano,

Attorney Dutcher asked me to contact you. Unfortunately, because the City has yet to respond to our last demand on behalf of CoeurdAlene LaPierre for $500,000.00, our demand remains at $500,000.00.. However, we have received authority from our client to negotiate around that number. As such, we believe mediation will be productive. Please also be advised that, to date, our firm has incurred fees and costs in the amount of $114,433.65, in connection with this matter.

1

*Marc A. Moccia*
**KAZAROSIAN COSTELLO & O'DONNELL LLP**
546 Main Street
Haverhill, MA 01830

*Admitted in MA*

**Martindale-Hubbell AV® Peer Review Rated**

Tel: 978 372-7758 Ext. 14
Fax: 978 372-9299
marc@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970
978 740-0700

**Lowell Office:**
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*