# EXHIBIT C

# Raquel Ruano

| | |
|---|---|
| **From:** | Marsha Kazarosian <Marsha@kcolaw.com> |
| **Sent:** | Wednesday, August 13, 2014 3:32 PM |
| **To:** | Raquel Ruano |
| **Cc:** | Marc Moccia; Janet Dutcher |
| **Subject:** | RE: Mediation Information |
| **Attachments:** | Counter to Atty Ruano.pdf |
| | |
| **Importance:** | High |

Hello Raquel,

Attached is our counter demand. I appreciate your patience. Hopefully we will be able to resolve this, and I look forward to hearing back from you. If you need anything further, I am around all afternoon, and most of tomorrow as well.

Best, Marsha

*Marsha V. Kazarosian, Esq.*
**KAZAROSIAN COSTELLO & O'DONNELL LLP**
546 Main Street
Haverhill, MA 01830

*Admitted in MA, NH, and the Federal Courts*
**Martindale-Hubbell AV® Peer Review Rated**
Tel: 978 372-7758 Ext. 121
Fax: 978 372-9299
marsha@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970
978 740-0700

**Lowell Office:**
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

**From:** Raquel Ruano [mailto:RRuano@cityoflawrence.com]
**Sent:** Wednesday, August 13, 2014 8:58 AM
**To:** Marsha Kazarosian
**Cc:** kazrball@aol.com
**Subject:** FW: Mediation Information

Attached is the settlement letter that went out yesterday. You should be receiving it soon. Below is the email I received from your office prior to the mediation in April in response to a phone call I made to Atty Dutcher re: figures on settlement, nad breakdown of attorney's fees and medical bills. The medical figures came in on a separate email, which I can forward to you should you need that as well. However, as you can see below the demand is $500,000 with no mention of negotiating attorney's fees or even medical bills separately. Obviously there was some misunderstanding, nevertheless you now have a new offer from the Defendants.

Let me know if there is anything else you should need from me and I look forward to hearing from you.

-Raquel


Raquel D. Ruano
Assistant City Attorney
City of Lawrence
City Hall – Room 306
200 Common Street
Lawrence, MA 01840
(978) 620-3034 – Direct line
(978) 722-9150 – Fax

This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.



**From:** Marc Moccia [mailto:marc@kcolaw.com]
**Sent:** Tuesday, February 18, 2014 10:39 AM
**To:** Raquel Ruano
**Cc:** Janet Dutcher; Marsha Kazarosian
**Subject:** Mediation Information

Attorney Ruano,

Attorney Dutcher asked me to contact you. Unfortunately, because the City has yet to respond to our last demand on behalf of CoeurdAlene LaPierre for $500,000.00, our demand remains at $500,000.00... However, we have received authority from our client to negotiate around that number. As such, we believe mediation will be productive. Please also be advised that, to date, our firm has incurred fees and costs in the amount of $114,433.65, in connection with this matter.

*Marc A. Moccia*
KAZAROSIAN COSTELLO & O'DONNELL LLP
546 Main Street
Haverhill, MA 01830

2

*Admitted in MA*

**Martindale-Hubbell AV® Peer Review Rated**

Tel: 978 372-7758 Ext. 14
Fax: 978 372-9299
marc@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970
978 740-0700

**Lowell Office:**
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

# KAZAROSIAN COSTELLO & O'DONNELL LLP

546 Main Street
Haverhill, Massachusetts 01830-3295

MARSHA V. KAZAROSIAN
WALTER A. COSTELLO, JR.
KATHLEEN M. O'DONNELL
JANET E. DUTCHER
LINDA M. LITTLE
MARC A. MOCCIA
GERALD D. PEAKE

*kco*

TEL: (978) 372-7758
www.kcolaw.com

LAWYERS ADMITTED IN:
MASSACHUSETTS
NEW HAMPSHIRE
CALIFORNIA
FEDERAL COURTS

OFFICE MANAGER:
LINDA MORRISSEY

August 13, 2014

Raquel D. Ruano, Esquire
Office of the City Attorney
200 Common Street
3rd Floor, Room 306
Lawrence, MA 01840

RE: LaPierre v. City of Lawrence, et al.

Dear Attorney Ruano:

I am in receipt of your offer of $200,000, payable over two years, as full and final settlement of all Defendants in this matter, and have reviewed same with my client, CoeurdAlene LaPierre. Ms. LaPierre respectfully declines that offer, however is appreciative of the Defendants' willingness to continue negotiations and feels that we are moving positively toward a negotiated resolution. To that end, I am authorized to reach out to you with a counteroffer, as set forth below.

My client and I believe that this counteroffer is the most reasonable resolution to this matter, and effectively takes into consideration both the City's need to pay over time, as well as my client's personal suffering and damages. In addition, I will share that the attorneys' fees incurred to date have increased significantly over the past several months, and will increase even more rapidly as we continue to invest time in opposing the Defendants' Summary Judgment Motions.

By way of disclosure, as of July 31, 2014 our fees are approximately $171,145.00, and costs are approximately $6,000.00. Although I am no stranger to compromising fees for the sake of resolving a matter in the best interests of my client, I must still consider that if we are successful in meeting our burden against the City and/or Chief Romero, my client will be awarded her attorneys' fees and costs, and that figure alone will most likely exceed your current offer. However, my client is also cognizant of the uncertainly of trial and the benefit of the finality of a negotiated resolution.

As such, Ms. LaPierre has authorized me to offer a full and final settlement of all Defendants for a total of $550,000, payable over three years as follows:

$200,000 upon the execution of a release by Ms. LaPierre;

$175,000 in July 2015 or within one week of the approval of the FY 2016 budget; and,
$175,000 in July 2016 or within one week of the approval of the FY 2017 budget.

Please advise as to whether the Defendants are in agreement. If you have any questions or wish to discuss this further, please do not hesitate to call me. If you believe that it would be helpful for me to meet with you and/or the Mayor to explain the bases for the demand, I am more than happy to do so. Thank you for your attention to this matter.

Very truly yours,

KAZAROSIAN COSTELLO & O'DONNELL LLP

Marsha V. Kazarosian, Esquire

MVK:km

cc: CoeurdAlene LaPierre