# EXHIBIT D

**Raquel Ruano**

**From:** Raquel Ruano
**Sent:** Wednesday, August 20, 2014 12:39 PM
**To:** Marsha Kazarosian (Marsha@kcolaw.com)
**Cc:** Marc Moccia (marc@kcolaw.com); Janet Dutcher (janet@kcolaw.com)
**Subject:** Settlement on Lapierre
**Attachments:** CL to PA Settlement second.pdf

Hi Marsha. Attached please find a letter going out to you today re: settlement. Thanks, Raquel

Raquel D. Ruano
Assistant City Attorney
City of Lawrence
City Hall – Room 306
200 Common Street
Lawrence, MA 01840
(978) 620-3034 – Direct line
(978) 722-9150 – Fax

This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.

1



## OFFICE OF CITY ATTORNEY
### CHARLES D. BODDY, JR.

DANIEL A. COCUZZO
ASSISTANT CITY ATTORNEY

RAQUEL D. RUANO
ASSISTANT CITY ATTORNEY

August 20, 2014

Attorney Marsha Kazarosian
Kazarosian Law Offices
546 Main Street
Haverhill, MA 01830-3295

RE: <u>LaPierre v. City of Lawrence et al.</u>, US District Docket #11-12039-RWZ

Dear Attorney Kazarosian,

The City is in receipt of your August 13, 2014, counteroffer. While the City will not agree to that settlement figure, the City is nevertheless willing to continue to settle this case. For this reason, my client has authorized me to offer $250,000 payable over two years to settle all claims your client has against the Defendants. This amount is only offered so long as it is spread out over two (2) years: $100,000.00 payable upon the execution of a release by the Plaintiff and $150,000.00 thirty (30) days after the FY 2016 budget has been approved. If your client is willing to accept these terms, please let me know and I will begin the process of drafting a release.

If you have any questions, please do not hesitate to contact me. Thank you in advance for your time and consideration.

Respectfully submitted,

Raquel D. Ruano
Office of the City Attorney
200 Common Street, Suite 306
Lawrence, MA 01840
(978) 620-3034
RRuano@cityoflawrence.com