EXHIBIT E

| | |
|---|---|
| **From:** | Marsha Kazarosian <Marsha@kcolaw.com> |
| **Sent:** | Monday, August 25, 2014 2:25 PM |
| **To:** | Raquel Ruano |
| **Cc:** | Matt Moccia; Marc Moccia; Janet Dutcher |
| **Subject:** | LaPierre |
| **Attachments:** | Counter demand to Atty. Ruano.pdf |

**Importance:**     High

Dear Raquel,

Attached is my response to your most recent letter containing your offer of $250,000.  Thank you for your consideration.  I will await your response.

*Marsha V. Kazarosian, Esq.*
**KAZAROSIAN COSTELLO & O'DONNELL LLP**
546 Main Street
Haverhill, MA 01830

*Admitted in MA, NH, and the Federal Courts*
**Martindale-Hubbell AV® Peer Review Rated**
Tel:  978 372-7758  Ext. 121
Fax:  978 372-9299
marsha@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970
978 740-0700

**Lowell Office**:
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

MARSHA V. KAZAROSIAN
WALTER A. COSTELLO, JR.
KATHLEEN M. O'DONNELL
JANET E. DUTCHER
LINDA M. LITTLE
MARC A. MOCCIA
MATTHEW P. MOCCIA
GERALD D. PEAKE



TEL: (978) 372-7758
www.kcolaw.com

August 25, 2014

LAWYERS ADMITTED IN:
MASSACHUSETTS
NEW HAMPSHIRE
CALIFORNIA
FEDERAL COURTS

OFFICE MANAGER:
LINDA MORRISSEY

Raquel D. Ruano, Esquire
Office of the City Attorney
200 Common Street
3rd Floor, Room 306
Lawrence, MA 01840

     RE:    LaPierre v. City of Lawrence, et al.

Dear Attorney Ruano:

    I am in receipt of your offer of $250,000.00, payable in equal installments over two years, as full and final settlement of all Defendants in this matter, and have reviewed same with my client, CoeurdAlene LaPierre. Ms. LaPierre respectfully declines that offer, however remains appreciative of the Defendants' willingness to continue negotiations.

    As you and I discussed this morning on the phone, I believe that this case, should Ms. LaPierre prevail, will result in a seven figure judgment. However, you were very clear with me that your authority from the Mayor is limited and does not come close to the $500,000.00 that I communicated would be our counter-demand, as detailed herein. I hope that does not continue to be the case, but I do understand your position.

    As I suggested last week, I think that it would be fruitful for the Mayor to participate directly and in person at a settlement meeting, since he apparently is the final decision-maker. Understandably, the way I would advocate Ms. LaPierre's case cannot be completely conveyed through a third party. Therefore, it is important for the Mayor, as the final decision-maker, to have an opportunity to evaluate Ms. LaPierre's claims and her evidence from our perspective, in order to give our demand a proper assessment. So I again request that the Mayor participate in person, in a settlement conference either at City Hall or at my office, whatever may be most convenient. Please advise.

    Please consider that should this matter survive Summary Judgment and result in a verdict in Ms. LaPierre's favor at trial, City's rejection of our reasonable offers of settlement will most surely be a great loss to the Lawrence taxpayers. Ms. LaPierre has authorized me to offer as full and final settlement of all Defendants for the payment of a total of $500,000.00, payable over three years as follows, *if accepted prior to any decision being rendered on the Motions for Summary Judgment*:

$200,000.00 upon the execution of a release by Ms. LaPierre;

$150,000.00 in July 2015, or within one week of the approval of the Fiscal Year 2016 budget; and,

$150,000.00 in July 2016 or within one week of the approval of the Fiscal Year 2017 budget.

If you have any questions or wish to discuss this further, please do not hesitate to call me, and as noted, we are ready and available to meet with the Mayor to discuss an appropriate resolution. Thank you for your attention to this matter.

Very truly yours,

KAZAROSIAN COSTELLO & O'DONNELL LLP

Marsha V. Kazarosian, Esquire

MVK:km/sc

cc:    CoeurdAlene LaPierre