# EXHIBIT G

| | |
|---|---|
| **From:** | Marsha Kazarosian <Marsha@kcolaw.com> |
| **Sent:** | Friday, September 05, 2014 2:43 PM |
| **To:** | Raquel Ruano |
| **Cc:** | Janet Dutcher; Charles Boddy |
| **Subject:** | RE: LaPierre settlement |
| **Attachments:** | Esq Ruano Re 300K offer.pdf |
| **Importance:** | High |

Dear Attorney Raquel,

Attached please find our response to your offer dated August 28, 2014. Please let me know if you would like to further discuss this. Also, I note that you copied Charles Boddy on your last email to me. Is he back representing the City on this matter again? We were last advised that he is no longer representing the City, and as such, I have concerns about copying him on confidential settlement negotiations if he no longer represents City. If he is back on board, that's good news!

Best, Marsha

*Marsha V. Kazarosian, Esq.*
**KAZAROSIAN COSTELLO & O'DONNELL LLP**
546 Main Street
Haverhill, MA 01830

*President of the Massachusetts Bar Association*

*Admitted in MA, NH, and the Federal Courts*
**Martindale-Hubbell AV® 5.0 Peer Review Rated**
Tel: 978 372-7758 Ext. 121
Fax: 978 372-9299
marsha@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970
978 740-0700

**Lowell Office:**
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is*

*strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

**From:** Raquel Ruano [mailto:RRuano@cityoflawrence.com]
**Sent:** Friday, September 05, 2014 10:48 AM
**To:** Marsha Kazarosian
**Cc:** Janet Dutcher; Charles Boddy
**Subject:** Lapierre settlement

Hi Marsha. I know we spoke last Wed re: settlement and I sent the attached letter after our conversation. Have you had a chance to bring the City's new offer to your client?

Please let me know. Thanks, Raquel

Raquel D. Ruano
Assistant City Attorney
City of Lawrence
City Hall – Room 306
200 Common Street
Lawrence, MA 01840
(978) 620-3034 – Direct line
(978) 722-9150 – Fax

**This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.**

# KAZAROSIAN COSTELLO & O'DONNELL LLP

546 Main Street
Haverhill, Massachusetts 01830-3295

MARSHA V. KAZAROSIAN
WALTER A. COSTELLO, JR.
KATHLEEN M. O'DONNELL
JANET E. DUTCHER
LINDA M. LITTLE
MARC A. MOCCIA
MATTHEW P. MOCCIA
GERALD D. PEAKE

TEL: (978) 372-7758
www.kcolaw.com

LAWYERS ADMITTED IN:
MASSACHUSETTS
NEW HAMPSHIRE
CALIFORNIA
FEDERAL COURTS

OFFICE MANAGER:
LINDA MORRISSEY

September 5, 2014

Raquel D. Ruano, Esquire
Office of the City Attorney
200 Common Street
3rd Floor, Room 306
Lawrence, MA 01840

RE: LaPierre v. City of Lawrence, et al.

Dear Attorney Ruano:

I am in receipt of your offer of $300,000.00, payable in equal installments over three years, as full and final settlement of all Defendants in this matter, and have reviewed same with my client, CoeurdAlene LaPierre. Ms. LaPierre respectfully declines that offer, however remains appreciative of the Defendants' willingness to continue negotiations.

Ms. LaPierre has authorized me again to demand, as full and final settlement of all Defendants, the payment of a total of $500,000.00, payable over three years as set forth below. *The settlement demand remains open until a decision is rendered on the Motions for Summary Judgment, or revoked by my client. Please be advised that if we are successful in defeating the Summary Judgment Motions, it is our intention to withdraw all demands.*

$200,000.00 upon the execution of a release by Ms. LaPierre;
$150,000.00 in July 2015, or within one week of the approval of the Fiscal Year 2016 budget; and,
$150,000.00 in July 2016 or within one week of the approval of the Fiscal Year 2017 budget.

If you have any questions or wish to discuss this further, please do not hesitate to call me, and as noted, we are ready and available to meet with the Mayor to discuss an appropriate resolution. Thank you for your attention to this matter.

Very truly yours,

Marsha V. Kazarosian, Esquire

MVK:km/sc
cc: CoeurdAlene LaPierre

SALEM OFFICE: 10 FEDERAL STREET, SUITE 401, SALEM, MASSACHUSETTS 01970  (978) 740-0700
LOWELL OFFICE: 327 GORHAM STREET, LOWELL, MASSACHUSETTS 01852  (978) 221-5333