EXHIBIT J

# Raquel Ruano

| | |
|---|---|
| From: | Marsha Kazarosian <Marsha@kcolaw.com> |
| Sent: | Saturday, September 06, 2014 5:12 PM |
| To: | Raquel Ruano |
| Cc: | Janet Dutcher; Charles Boddy |
| Subject: | RE: LaPierre settlement |
| Importance: | High |

Raquel, as you may be aware, you are prohibited from withdrawing a Rule 68 Offer of Settlement prior to the expiration of the 14 day period for my client's response. You will receive our response prior to the expiration of the 14 days.

*Marsha V. Kazarosian, Esq.*
**KAZAROSIAN COSTELLO & O'DONNELL LLP**
546 Main Street
Haverhill, MA 01830

*President of the Massachusetts Bar Association*

*Admitted in MA, NH, and the Federal Courts*
**Martindale-Hubbell AV® 5.0 Peer Review Rated**
Tel: 978 372-7758 Ext. 121
Fax: 978 372-9299
marsha@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970
978 740-0700

**Lowell Office:**
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

**From:** Raquel Ruano [mailto:RRuano@cityoflawrence.com]
**Sent:** Saturday, September 06, 2014 1:43 PM
**To:** Marsha Kazarosian
**Cc:** Janet Dutcher; Charles Boddy
**Subject:** RE: LaPierre settlement

1

Please consider this as an official withdrawal by the City of Lawrence of its Offer of Judgment pursuant to Fed.R.Civ.P. 68 given on Friday Septemeber 5, 2014.

Thank you, Raquel

**From:** Raquel Ruano
**Sent:** Friday, September 05, 2014 3:02 PM
**To:** Marsha Kazarosian
**Cc:** Janet Dutcher; Charles Boddy
**Subject:** RE: LaPierre settlement

Atty. Boddy is on vacation and still an attorney of record for the City on this case, which is why he is copied on this email. Attached please find correspondence relative to this case that will also be going out in today's mail.

Thanks and have a good weekend.

-Raquel

**From:** Marsha Kazarosian [mailto:Marsha@kcolaw.com]
**Sent:** Friday, September 05, 2014 2:43 PM
**To:** Raquel Ruano
**Cc:** Janet Dutcher; Charles Boddy
**Subject:** RE: LaPierre settlement
**Importance:** High

Dear Attorney Raquel,

Attached please find our response to your offer dated August 28, 2014. Please let me know if you would like to further discuss this. Also, I note that you copied Charles Boddy on your last email to me. Is he back representing the City on this matter again? We were last advised that he is no longer representing the City, and as such, I have concerns about copying him on confidential settlement negotiations if he no longer represents City. If he is back on board, that's good news!

Best, Marsha

*Marsha V. Kazarosian, Esq.*
**KAZAROSIAN COSTELLO & O'DONNELL LLP**
546 Main Street
Haverhill, MA 01830

*President of the Massachusetts Bar Association*

*Admitted in MA, NH, and the Federal Courts*
**Martindale-Hubbell AV® 5.0 Peer Review Rated**
Tel: 978 372-7758 Ext. 121
Fax: 978 372-9299
marsha@kcolaw.com
www.kcolaw.com

**Salem Office:**
10 Federal Street Suite 401
Salem, Massachusetts 01970

978 740-0700

Lowell Office:
327 Gorham Street
Lowell, Massachusetts 01852
978 221-5333

IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.

**From:** Raquel Ruano [mailto:RRuano@cityoflawrence.com]
**Sent:** Friday, September 05, 2014 10:48 AM
**To:** Marsha Kazarosian
**Cc:** Janet Dutcher; Charles Boddy
**Subject:** Lapierre settlement

Hi Marsha. I know we spoke last Wed re: settlement and I sent the attached letter after our conversation. Have you had a chance to bring the City's new offer to your client?

Please let me know. Thanks, Raquel

Raquel D. Ruano
Assistant City Attorney
City of Lawrence
City Hall – Room 306
200 Common Street
Lawrence, MA 01840
(978) 620-3034 – Direct line
(978) 722-9150 – Fax

**This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.**