# EXHIBIT K

# Raquel Ruano

| | |
|---|---|
| **From:** | Raquel Ruano |
| **Sent:** | Monday, September 08, 2014 9:08 AM |
| **To:** | Marsha Kazarosian (Marsha@kcolaw.com) |
| **Cc:** | Janet Dutcher (janet@kcolaw.com); Charles Boddy |
| **Subject:** | Amended City Offer of Judgment - Lapierre |
| **Attachments:** | DOC090814-09082014160820.pdf |

Given that your client has not yet accepted the City's original offer of judgment, please see the attached City of Lawrence's amended offer of judgment. The City's offer of judgment needed to be clarified, given its recent rejection of your client's settlement offer of $500,000.00 and the City's most recent settlement offer of $300,000.00.

Hard copy to follow in the mail today.

-Raquel


Raquel D. Ruano
Assistant City Attorney
City of Lawrence
City Hall – Room 306
200 Common Street
Lawrence, MA 01840
(978) 620-3034 – Direct line
(978) 722-9150 – Fax

**This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.**



## OFFICE OF CITY ATTORNEY
### CHARLES D. BODDY, JR.

DANIEL A. COCUZZO
ASSISTANT CITY ATTORNEY

RAQUEL D. RUANO
ASSISTANT CITY ATTORNEY

September 8, 2014

Attorney Marsha Kazarosian
Kazarosian Law Offices
546 Main Street
Haverhill, MA 01830-3295

RE: <u>LaPierre v. City of Lawrence et al.</u>, US District Docket #11-12039-RWZ

Dear Attorney Kazarosian,

    Pursuant to Fed.R.Civ. P. 68, the City of Lawrence makes the following amended offer of judgment: judgment against the City of Lawrence and dismissal of all claims against any other Defendant in exchange for $300,000 payable over three (3) years. The terms of the offer of judgment are payments spread out over three (3) years as follows: $100,000.00 payable upon the acceptance of the offer by the Plaintiff, $100,000.00 thirty (30) days after the FY 2016 budget has been approved, and $100,000.00 thirty (30) days after the FY 2017 budget has been approved. This $300,000.00 figure also inclusive of any costs and fees incurred to date, including attorney's fees. If your client is willing to accept this offer, please let me know within fourteen (14) days.

    If you have any questions, please do not hesitate to contact me. Thank you in advance for your time and consideration.

Respectfully submitted,

*Raquel D. Ruano* (signature)

Raquel D. Ruano
Office of the City Attorney
200 Common Street, Suite 306
Lawrence, MA 01840
(978) 620-3034
RRuano@cityoflawrence.com