



Raquel Ruano <attorneyruano@gmail.com>

## RE: Amended City Offer of Judgment - LaPierre
2 messages

**Marsha Kazarosian** <Marsha@kcolaw.com>                                   Tue, Sep 9, 2014 at 3:13 PM
To: Raquel Ruano <RRuano@cityoflawrence.com>
Cc: Janet Dutcher <janet@kcolaw.com>, Charles Boddy <CBoddy@cityoflawrence.com>, Matt Moccia <matt@kcolaw.com>, Marc Moccia <marc@kcolaw.com>, "attorneyruano@gmail.com" <attorneyruano@gmail.com>

Raquel,

Below is a copy of what I sent to you yesterday. You advised me that you did in fact receive the email that I sent you on Saturday in response to your attempt to withdraw the Offer of Judgment. I also received the Offer of Judgment by snail mail twice; once on or about Saturday September 6, and once again today for some reason. Yesterday you then caused to be hand delivered what purports to be an "amended" Rule 68 Offer of Judgment, which we do not recognize as being in violation of Rule 68

To reiterate, on August 28, 2014, you offered to settle this case for 300K over three years. On September 5, you sent me an email reiterating the offer, and asking me for my response. Later that day I responded by email and rejected your 300K offer of settlement. You then did what you advised me you would do a couple of week ago if I rejected your last offer; you made a Fed. Rule 68 Offer of Judgment. Please do not confuse the two. As you are aware, a Rule 68 Offer of Judgment is a pleading, not an offer of settlement. Once accepted, it becomes a judgment. It cannot be withdrawn or amended during the time within which an answer is due.

Despite the fact that you were specifically aware of exactly what Ms. LaPierre had incurred in fees and costs as of July 31, 2014, your Offer of Judgment made no mention of the inclusion of fees and costs. Although you appear to have changed your mind a day later on September 6, 2014 and attempted to withdraw the offer, you are prohibited from doing so. Although you thereafter have attempted on September 8, 2014 to serve an "amended" offer, you are similarly prohibited from doing so.

As I advised you in our telephone conversation earlier today, my client has accepted your September 5, 2014 Fed. Rule 68 Offer of Judgment. We will be

filing the offer, our acceptance, and a Motion for fees and costs incurred to date.

*Marsha V. Kazarosian, Esq.*

**KAZAROSIAN COSTELLO & O'DONNELL LLP**

546 Main Street

Haverhill, MA 01830

*President of the Massachusetts Bar Association*

*Admitted in MA, NH, and the Federal Courts*

**Martindale-Hubbell AV® 5.0 Peer Review Rated**

Tel: 978 372-7758  Ext. 121

Fax: 978 372-9299

marsha@kcolaw.com

www.kcolaw.com

**Salem Office:**

10 Federal Street Suite 401

Salem, Massachusetts 01970

978 740-0700

**Lowell Office:**

327 Gorham Street

Lowell, Massachusetts 01852

978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

**From:** Marsha Kazarosian
**Sent:** Monday, September 08, 2014 9:22 AM
**To:** Raquel Ruano
**Cc:** Janet Dutcher; Charles Boddy; Matt Moccia; Marc Moccia
**Subject:** RE: Amended City Offer of Judgment - LaPierre
**Importance:** High

Dear Raquel,

Again, you are prohibited from withdrawing the offer, regardless of how many time you may try to do so, as I already pointed out to you on Saturday. See the case of *Kirkland v. Sunrise Opportunities* 200 F.R.D. 159 First Cir. 2009, one among several that articulate with no ambiguity, that the offer stands. If you would like to further discuss this matter, I will be in the office at around 3:00. However, since you clearly sent the offer pursuant to Fed. Rule 68, as often as you may try to send amended offers, they are invalid. As such, we are still considering the offer that you emailed and put in the mail to us on Friday, September 5. I also note that your misinterpretation of Rule 68, and your actions in offering and then attempting to withdraw, continues to cause my client to incur additional fees and costs..

We will respond to your Rule 68 Offer of Judgment shortly.

*Marsha V. Kazarosian, Esq.*

**KAZAROSIAN COSTELLO & O'DONNELL LLP**

546 Main Street

Haverhill, MA 01830

*President of the Massachusetts Bar Association*

*Admitted in MA, NH, and the Federal Courts*

**Martindale-Hubbell AV® 5.0 Peer Review Rated**

Tel: 978 372-7758 Ext. 121

Fax: 978 372-9299

marsha@kcolaw.com

www.kcolaw.com

**Salem Office:**

10 Federal Street Suite 401

Salem, Massachusetts 01970

978 740-0700

**Lowell Office**:

327 Gorham Street

Lowell, Massachusetts 01852

978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

**From:** Raquel Ruano [mailto:RRuano@cityoflawrence.com]
**Sent:** Monday, September 08, 2014 9:08 AM
**To:** Marsha Kazarosian
**Cc:** Janet Dutcher; Charles Boddy
**Subject:** Amended City Offer of Judgment - Lapierre

Given that your client has not yet accepted the City's original offer of judgment, please see the attached City of Lawrence's amended offer of judgment. The City's offer of judgment needed to be clarified, given its recent rejection of your client's settlement offer of $500,000.00 and the City's most recent settlement offer of $300,000.00.

Hard copy to follow in the mail today.

-Raquel

Raquel D. Ruano

Assistant City Attorney

City of Lawrence

City Hall – Room 306

200 Common Street

Lawrence, MA 01840

(978) 620-3034 – Direct line

(978) 722-9150 – Fax

**This message is intended for the designated recipient only and may contain privileged, proprietary or otherwise confidential information. If you received it in error, please notify the sender immediately and delete the original. Any other use of this message by you is unauthorized.**

---

**Marsha Kazarosian** <Marsha@kcolaw.com>  Tue, Sep 9, 2014 at 3:16 PM
To: Raquel Ruano <RRuano@cityoflawrence.com>
Cc: Janet Dutcher <janet@kcolaw.com>, Charles Boddy <CBoddy@cityoflawrence.com>, Matt Moccia <matt@kcolaw.com>, Marc Moccia <marc@kcolaw.com>, "attorneyruano@gmail.com" <attorneyruano@gmail.com>

FYI, to reiterate, we do not recognize the amendment because it is in violation of Rule 68.

*Marsha V. Kazarosian, Esq.*

KAZAROSIAN COSTELLO & O'DONNELL LLP

546 Main Street

Haverhill, MA 01830

*President of the Massachusetts Bar Association*

*Admitted in MA, NH, and the Federal Courts*

**Martindale-Hubbell AV® 5.0 Peer Review Rated**

Tel: 978 372-7758 Ext. 121

Fax: 978 372-9299

marsha@kcolaw.com

www.kcolaw.com

**Salem Office:**

10 Federal Street Suite 401

Salem, Massachusetts 01970

978 740-0700

**Lowell Office:**

327 Gorham Street

Lowell, Massachusetts 01852

978 221-5333

*IRS Circular 230 Notice (KAZAROSIAN COSTELLO & O'DONNELL LLP): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

*This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 372-7758 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.*

**From:** Marsha Kazarosian
**Sent:** Tuesday, September 09, 2014 3:14 PM
**To:** 'Raquel Ruano'
**Cc:** Janet Dutcher; 'Charles Boddy'; Matt Moccia; Marc Moccia; attorneyruano@gmail.com

[Quoted text hidden]

[Quoted text hidden]