# United States Court of Appeals
## For the First Circuit

No. 15-1641

COUERDALENE LAPIERRE,

Plaintiff, Appellant,

v.

CITY OF LAWRENCE; JOHN ROMERO,

Defendants, Appellees.

**JUDGMENT**

Entered: April 26, 2016

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's July 10, 2015 order granting judgment in favor of John Romero and the City of Lawrence and the District Court's October 1, 2014 order granting the City of Lawrence's motion to strike are vacated. The matter is remanded to the District Court with instructions to enter judgment in accordance with the offer of judgment filed on September 10, 2014. Costs on appeal are awarded to appellant. See Fed. R. App. P. 39(a)(4).


By the Court:

/s/ Margaret Carter, Clerk


Hon. Rya W. Zobel
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Marsha Veron Kazarosian
Janet Elizabeth Dutcher
Marc Anthony Moccia
Charles Dunstan Boddy Jr.
Raquel D. Ruano
Andrew Joseph Gambaccini